IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BOBBY TOWNS,

    Petitioner,

vs.      No. 05-2816-B/V

BRUCE PEARSON,

    Respondent.

ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT
OR PAY THE HABEAS FILING FEE

    Petitioner Bobby Towns, Bureau of Prisons inmate registration number 05699-025, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se petition pursuant to 28 U.S.C. § 2241 on October 31, 2005. The Clerk shall record the respondent as FCI-Memphis warden Bruce Pearson.

    A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Towns's petition is not accompanied by either the filing fee or a motion to proceed in forma pauperis. Accordingly, Towns is ORDERED either to submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-4-05



within thirty (30) days of the entry of this order. The Clerk is ORDERED to mail a copy of the prisoner in forma pauperis affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this 3rd day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed in forma pauperis will be denied.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02816 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Bobby Towns
FCI - Memphis
#05699-02
P.O. Box 34550
Memphis, TN 38184

Honorable J. Breen
US DISTRICT COURT