IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BOBBY TOWNS,

    Petitioner,

vs.    No. 05-2816-B/V

BRUCE PEARSON,

    Respondent.

## ORDER TO RESPOND TO PETITION PURSUANT TO 28 U.S.C. § 2241

Petitioner Bobby Towns, Bureau of Prisons inmate registration number 05699-025, an inmate at the Federal Correctional Institution in Memphis, filed a *pro se* petition pursuant to 28 U.S.C. § 2241 on October 31, 2005. The Court issued an order on November 4, 2005 directing the petitioner, within thirty days, to file a properly completed *in forma pauperis* affidavit or pay the habeas filing fee. The petitioner paid the habeas filing fee on November 15, 2005.

It is ORDERED that the respondent shall file a response to the petition within twenty-three (23) days.

It is further ORDERED that the Clerk shall serve a copy of the petition and this order on the respondent by certified mail and shall provide a copy of the petition and this order to the United States Attorney for the Western District of Tennessee. Pursuant to Fed. R. Civ. P. 4(i), the Clerk shall also send copies

of the petition and this order by certified mail to Attorney General Alberto R. Gonzales and Harley G. Lappin, the Director of the BOP.

        IT IS SO ORDERED this _____ day of December, 2005.

                                        J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02816 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Bobby Towns
FCI - Memphis
#05699-02
P.O. Box 34550
Memphis, TN 38184

Honorable J. Breen
US DISTRICT COURT